# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Teresa Green
                        Plaintiff,

        v.                                          Case No. __3:20cv183 (JAM)__
                                                    (To be supplied by the Court)

Stop & Shop
                        Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.      Plaintiff resides at the following location: _160 Atwater St West Haven CT_


2.      Defendant(s) reside(s) at the following location [Attach additional sheets if more

space is required]: _100 Quality St, Trumbull, Ct 0661/ 50 Weston St, Hartford, Ct 06120_

_1385 Hancock St, Quincy, MA 02169_


3.      This action is brought pursuant to [Check all spaces that apply to the type of

claim(s) you wish to assert against the Defendant(s)]:

☐      Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et
       seq., for employment discrimination on the basis of race, color, religion, sex, or
       national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. §
       2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g)
       and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☒      Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
       et seq., for employment discrimination based upon age. Jurisdiction is alleged
       pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is
       sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

       My Year of Birth is: _05/18/1964_

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4.    The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A)  ☐  Failure to hire me. I was refused a job on the following date(s): ____

_____.

(B)  ☒  Termination of my employment. I was terminated from my

employment on the following date: May 8th _____.

(C)  ☐  Failure to promote me. I was refused a promotion on the following

date(s): _____.

(D)  ☒  Other acts as specified below: I was punished for requesting _____

Reasonable Accommodations. I was accused of not being disabled and constantly harassed by

HR Rep. Julie Pinard and other managers to prove I was disabled.

_____

_____

_____

_____

5.      The conduct of the Defendant(s) was discriminatory because it was based upon: race [ ], color [ ], religion [ ], sex [x], age [ ], national origin [x] or disability [ ]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _____

_____

6.      The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

I am a Disabled Veteran with multiple service related disabilities.

Diabetes is one of my disabilities and as a result of sporadic work schedules I became physically

overexerted and developed a severe foot ulcer which required me to file FMLA and take an extended

leave. Upon my return I requested Reasonable Accommodations which were denied. However, a

compromise was made and I was given some Reasonable Accommodations. However,these

Reasonable Accommodations where taken away by HR Rep. Julie Pinard.  I was told by a manager

via phone and text messages who was told by their manager(s) that I was being transferred because

who was told by their manager(s) I was dead weight and was to be given all late shifts and mistreated.

7.      The approximate number of persons who are employed by the Defendant employer I am suing is:_____1000 Plus_____ .

8.      The alleged discrimination occurred on or about the following date(s) or time period:_____June 2017- May 2019 More specific dates listed on Attached documents_____ .

3

9.     I filed charges with the:

    ☒    Equal Employment Opportunity Commission

    ☒    Connecticut Commission on Human Rights and Opportunities

10.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: <u>Nov 26th 2019</u>.

**[NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11.    The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _____

_____

_____

_____

12.    If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13.    WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including **[NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

    ☐    Injunctive orders (specify the type of injunctive relief sought): _____

_____;

    ☒    Backpay;

4

☐ Reinstatement to my former position;

☒ Monetary damages (specify the type(s) of monetary damages sought): __

Emotional Pain and Mental Suffering, Lost Wages, Benefits, Opportunities, Quality of Life _____ ;

☐ Other (specify the nature of any additional relief sought, not otherwise

provided for on this form): _____

_____ ;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby   DO ☒   DO NOT ☐ demand a trial by jury.

_____  *Teresa Green*
Original signature of attorney (if any)        **Plaintiff's Original Signature**

| |   | *Green, Teresa* |
Printed Name and address              Printed Name and address

*160 Atwater St. West Haven Ct 065*

(  )                         *203) 909-8357*
Attorney's telephone              Plaintiff's telephone

                              teresatookie@gmail.com
_____
Email address if available        Email address if available

Dated: _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _141 Church St_ on _Feb 12, 2020_ .
(location)
_New Haven Ct. 00511_ (date)

_Seren Green_

**Plaintiff's Original Signature**

(Rev. 3/23/16)

6